UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HINMER LIMA, on behalf of himself
and on behalf of all others similarly situated,

    Plaintiff,

v.                                Case No. 8:23-cv-1793-KKM-CPT

APEX DRILLING INC.,

    Defendant.

_____

## ORDER

    The parties jointly move for court approval of their settlement agreement. (Doc. 16.) In the motion, the parties ask the Court to review their settlement of Plaintiff's Fair Labor Standards Act claims. *See Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). Having reviewed the Settlement Agreement, the motion, and the record in this case, the Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over provisions of the Fair Labor Standards Act. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226–29 (M.D. Fla. 2009) (Presnell, J.).

    Accordingly, the following is **ORDERED**:

    1.    The parties' Joint Motion for Settlement Approval (Doc. 16) is

GRANTED.

2.      The case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed

to enter judgment in favor of the Plaintiff in the total amount of $16,000.00,

of which $12,000.00 is to be awarded to Plaintiff (in two installments of

$6,000,000) and $4,000.00 to Plaintiff's counsel as attorney's fees and costs,

to terminate any pending motions and deadlines, and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on October 16, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge